FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 27 2023

Kevin P. Weimer, Clerk
By: Tee Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, :
:
v. :
: CRIMINAL ACTION NO.
VIDA MESSIAH JONES, : 1:20-CR-452-SDG
:
Defendant. :

### ORDER

Defendant Vida Messiah Jones appeared before the undersigned on a Violation Report and Petition for Warrant for Offender Under Supervision. Pursuant to the Defendant and the Government's request, Defendant's bond and conditions of release are hereby modified as follows:

Defendant Jones shall be allowed to reside at the Atlanta Recovery Center. All of the remaining terms and conditions of Defendant's supervision previously imposed by Judge Grimberg remain in full force and effect.

**SO ORDERED**, this 27 day of July, 2023.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)